**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 JUL 23 P 1:52

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 2:21-mj-188-NT |
| JOSHUA MASON | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |

## CRIMINAL COMPLAINT

I, Christopher Concannon, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On about April 23, 2020 in the District of Maine, defendant

**JOSHUA MASON**

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely,

1. Manslaughter, in the State of Maine Auburn Superior Court, Docket No. CR-02-1112, judgement having been entered on October 31, 2003;

knowingly possessed a firearm, specifically a Harrington & Richardson, model 750 Pioneer, .22 bolt-action rifle, Serial No. AM229358 and a Taurus, Model PT 740 Slim, .40 semi-automatic pistol, Serial No. SDT15713, and the firearms were in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

This Complaint is based on those facts which are set forth in my affidavit of July 23, 2021, which is attached hereto and incorporated herein by reference.

_____
Christopher Concannon
Special Agent
Alcohol Tobacco & Firearms

Sworn to before me and subscribed in my presence this 23rd day of July, 2021.

_____
Nancy Torresen
United States District Judge