**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA MASON | Docket No. 2:21-mj-188-NT |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1.  I am a special agent for the Bureau of Alcohol, Tobacco, Firearms and Explosive's (ATF) assigned to the Portland, Maine resident office. I have been a Special Agent for approximately 16 years. I have received extensive training pertaining to firearm investigations and the investigation of various crimes, and have participated in numerous investigations into Federal firearms laws and firearms trafficking offenses, in violation of Title 18 of the United States Code. I have also received training pertaining to narcotic investigations and the investigation of various crimes, and have participated in numerous investigations into the unlawful distribution of illegal drugs, in violation of Title 21 of the United States Code and the drug laws of the State of Maine.

2.  In the course of my law enforcement training and experience, I have conducted or participated in, among other things, surveillance, undercover transactions, debriefings of informants and confidential sources, and reviews of taped conversations relating to firearms and narcotics trafficking. I have assisted in a large number of other investigations. I have drafted a number of firearm related search and arrest warrants and have assisted in the execution of numerous search and arrest warrants in which firearms, controlled substances, drug paraphernalia, and other contraband were found. Through my training and experience, I have

become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the trafficking of firearms and narcotics.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I make this affidavit in support of a criminal complaint charging Joshua Mason with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

4. On April 20, 2020, I observed a classified advertisement listing a .40 caliber Taurus pistol and a 22 bolt-action rifle for sale on www.unclehenrys.com. The seller's contact number was (207) 890-3166 and the location on the advertisement was West Paris, Maine.

5. A preliminary investigation involving the contact number in the advertisement was initiated, which revealed that it was associated with Joshua J. Mason, P.O. Box 84, West Paris, Maine. I conducted an internet search which revealed that Joshua Mason of West Paris, ME had been arrested in 2019 for armed robbery. I conducted a search of ATF's Database which revealed that Joshua Mason of West Paris, ME was listed as a suspect in a closed investigation in 2013. Mason was not charged in connection with the investigation.

6. A criminal history query determined that in 2003, Mason had been convicted of felony Manslaughter, a Class A crime, in the Auburn Superior Court, Docket No. CR-02-1112. I observed the Judgment and Commitment, which revealed that Mason was sentenced on October 31, 2003 to ten years to the Department of Correction with all but 1 year suspended, and 6 years' probation. A review of his probation conditions indicate that he was prohibited from possessing any firearm or dangerous weapon.

7. On April 20, 2020, SA Kenty placed a recorded call to Mason in response to the Uncle Henry's advertisement. During the call, Mason indicated that the Taurus was purchased

from an older gentleman and that it was still available. Mason further described the color of the firearm and after the phone conversation sent SA Kenty a text message with a picture of the firearm.

8. On April 23, 2020, SA Kenty conducted an undercover purchase of two firearms from Mason and his father, at 21 Briggs Street, West Paris, Maine. SA Kenty was outfitted with electronic surveillance equipment and was provided with $500 in pre-recorded currency. According to SA Kenty, upon arriving at the Mason residence, Joshua Mason and his father greeted SA Kenty in the driveway. Mason's father handed SA Kenty a black rifle case. The Taurus pistol and a 22-caliber bolt-action rifle were inside the case. Joshua Mason stated that he had purchased the firearms "from an old man down in Biddeford." SA Kenty provided Mason $500 for the Taurus pistol and .22 caliber rifle.

9. Subsequent to the controlled purchase of the two firearms from Mason, I conducted a firearms trace of the Taurus, model PT740 Slim, .40 caliber pistol, serial number SDT15713, and learned that an individual had purchased it from Auburn Pawn on December 23, 2014.

10. On June 22, 2020, I interviewed, via telephone, the individual (hereinafter "Person 1)" that purchased the .40 caliber Taurus pistol from Auburn Pawn. Person 1 confirmed that they had sold the .40 caliber Taurus pistol. Person 1 later allowed me to photo document a note from his personal notebook referencing that he had sold the pistol to an individual with email address Joshmason02@gmail.com and phone number 890-3166, the same number that Mason was using to communicate with SA Kenty.

11. The Taurus, model PT740 Slim, .40 caliber pistol and the Harrison & Richardson, model 750 Pioneer, .22 caliber bolt action rifle were both test fired. Both firearms functioned.

12. An ATF Interstate Nexus Expert examined the pistol and rifle bought from Mason and determined that they were manufactured outside Maine; therefore, they traveled in or affected interstate and/or foreign commerce.

## CONCLUSION

13. I respectfully request that the Court issue a criminal complaint charging Joshua Mason with one count of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

Christopher Concannon
Special Agent
ATF

Sworn to before me this 23rd day of July, 2021.

Nancy Torresen
United States District Judge

4